IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:06CR325 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 18088-047 | |
| ) | | |
| TAMMIE L. COVINGTON-WILLIAM, ) | | |
| Defendant. ) | | |
| Date of previous judgment: August 15, 2007 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon the Court's own motion under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u),

**IT IS ORDERED** that the Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 92 months is reduced to 77 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 25    Amended Offense Level: 23
Criminal History Category: VI    Criminal History Category: VI
Previous Guideline Range: 110 to 137 months    Amended Guideline Range: 92 to 115 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated August 15, 2007, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2011
Effective Date: December 14, 2011

s/Laurie Smith Camp
Chief United States District Judge